# EXHIBIT G

Big Sky Canada's Shareholders Register

EXHIBIT G

# SHAREHOLDERS REGISTER
# BIG SKY ENERGY KAZAKHSTAN LTD.
# RECORD OF CERTIFICATES ISSUED AND TRANSFERRED
# CLASS A COMMON

| Certificates Issued | | Issued To (Name and Address) | Date Issued | Shares Transferred From (If Original Issue Enter as Such) | | Amount Paid Thereon | Enter Original Issues Only | Outstanding Shares |
|---|---|---|---|---|---|---|---|---|
| Cert. No. | No. Shares | | | Name | Cert. Nos. | | | |
| | | | | | | | | |
| 1* | 8,000,000 | Big Sky Energy Canada Ltd.<br>311 840 6th Avenue SW<br>Calgary, Alberta T2P3E5 | July 29, 2003 | | | * | 8,000,000 | 8,000,000 |
| 2* | 2,000,000 shares acquired by group – unknown breakdown | Glen Van Doorne<br>310-505-8 Avenue SW<br>Calgary Alberta T2P 5E9 | July 29, 2003 | | | * | | |
| 3* | 2,000,000 shares acquired by group – unknown breakdown | James Gotmy<br>136 Gateway Place SW<br>Calgary Alberta T3E 4J2 | July 29, 2003 | | | * | | |
| 4* | 2,000,000 shares acquired by group – unknown breakdown | Malcolm Albery<br>920 Cresent Blvd. SW<br>Calgary Alberta T2S 1L5 | July 29, 2003 | | | * | | |
| 5* | 2,000,000 shares acquired by group – unknown breakdown | Jodi Larmour<br>196 Sierra Morena Circle SW<br>Calgary Alberta T3H 2W8 | July 29, 2003 | | | * | | |

# SHAREHOLDERS REGISTER
# BIG SKY ENERGY KAZAKHSTAN LTD.
# RECORD OF CERTIFICATES ISSUED AND TRANSFERRED
# CLASS A COMMON

| Certificates Issued | | Issued To (Name and Address) | Date Issued | Shares Transferred From (If Original Issue Enter as Such) | | Amount Paid Thereon | Enter Original Issues Only | Outstanding Shares |
|---|---|---|---|---|---|---|---|---|
| Cert. No. | No. Shares | | | Name | Cert. Nos. | | | |
| 6* | 2,000,000 shares acquired by group – unknown breakdown | Delphine de Rohan Chabot<br>67 Eccleston Square<br>London England SW1V 1PJ | July 29, 2003 | | | * | | 10,000,000 |
| 7 | 10,000,000 | China Energy Ventures Corp.<br>1002, Building C, Huiyuan Apartment, Asia Game Village, Beijing, China | January 12, 2004 | Big Sky Energy Canada Ltd.<br>Jodi Larmour<br>Malcolm Albury<br>James Gotmy<br>Glen Van Doorne<br>Delphine de Roban Chabot | 1,2,3,4,5, 6 Canceled | | | 10,000,000 |
| 8 | 10,000,000 | Big Sky Energy Corporation (formerly China Energy Ventures Corp.)<br>2133 W. Frye Road, Suite 101, Chandler, AZ 85226 | December 15, 2004 | China Broadband Corporation | 7 canceled | | | 10,000,000 |
| 9 | 10,000,000 | Ingalls & Snyder Value Partners L.P.<br>61 Broadway, New York, New York | April 15, 2022 | Big Sky Energy Corporation 2133 W. Frye Road, Suite 101, Chandler, AZ 85226 | 8 canceled | | | 10,000,000 |

# SHAREHOLDERS REGISTER
# BIG SKY ENERGY KAZAKHSTAN LTD.
# RECORD OF CERTIFICATES ISSUED AND TRANSFERRED
# CLASS A COMMON

| Certificates Issued | | Issued To (Name and Address) | Date Issued | Shares Transferred From (If Original Issue Enter as Such) | | Amount Paid Thereon | Enter Original Issues Only | Outstanding Shares |
|---|---|---|---|---|---|---|---|---|
| Cert. No. | No. Shares | | | Name | Cert. Nos. | | | |
| 10 | 8,423,000 | Ingalls & Snyder Value Partners L.P.<br>61 Broadway, New York, New York | July 13, 2023 | Ingalls & Snyder Value Partners L.P.<br>61 Broadway, New York, New York | 9 canceled | | | 8,423,000 |
| 11 | 1,577,000 | W Scott Lawler<br>2133 W. Frye Road, Suite 101, Chandler, AZ 85226 | July 13, 2023 | Ingalls & Snyder Value Partners L.P.<br>61 Broadway, New York, New York | 9 canceled | | | 10,000,000 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | China | | |

***NOTE: No original minute book provided – entity revived March 10, 2011. No initial data including subscription agreements for share certificates 1 through 6. Stated value of equity issued to holders in published financial statements from September 2003 as part of acquisition by China Energy Ventures Corp. was $1 in total.**