Brenoch Wirthlin, Esq.
Nevada Bar No. 10282
WIRTHLIN & VERLAINE
400 S. 4th St., Suite 300
Las Vegas, NV 89101
Phone: (702) 529-1201
Fax: (702) 213-0294
bwirthlin@wirthlinlawfirm.com
Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

BIG SKY ENERGY CORPORATION,

Debtor.

Case No.: 25-50445-hlb
Chapter 7

**DECLARATION OF BRENOCH WIRTHLIN IN SUPPORT OF DEBTOR'S MOTION UNDER RULE 9006(b)(1) TO SET PRODUCTION SCHEDULE**

Hearing Date: OST Requested
Hearing Time: OST Requested

I, Brenoch Wirthlin, declare as follows:

1. I am an attorney licensed in Nevada and counsel for the Debtor in this case. I have personal knowledge of the facts stated here and could testify competently to them.

2. Since entry of the Order, the Debtor has been collecting and reviewing documents responsive to the Subpoenas from its own records, from Mr. Lawler as its officer, and from counsel and others who hold documents for it.

3. The remaining work includes extracting and reviewing email, reviewing documents for privileges held by persons other than the Debtor, and preparing the limited redactions and logs described in the Debtor's Motion

for Protective Order and Motion for Limited Stay Pending Appeal. That work cannot reasonably be completed by November 9, 2026 for all responsive documents.

4. On October 20, 2026, I proposed this schedule by email to Bob L. Olson and Erin M. Gettel, counsel for the Republic of Kazakhstan, and Michael C. Lehners, counsel for the Chapter 7 Trustee, and offered to submit it by stipulation. On October 23, 2026, at 12:00 p.m., I conferred by telephone with Mr. Olson. No agreement was reached. Mr. Lehners did not respond to my emails and did not join the call.

5. The Debtor's first production on November 9, 2026. The Debtor will complete its production by December 9, 2026, and will deliver each production to the Trustee when it is delivered to the Republic.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 26, 2026, at Las Vegas, Nevada.

*/s/ Brenoch Wirthlin*
Brenoch Wirthlin